pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Gonzales's convictions and sentences are **AFFIRMED.**

PER CURIAM:

Cynthia J. Hernandez, appointed counsel for Rufino Medrano in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is **GRANTED,** and Medrano's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rufino MEDRANO, Defendant–**
**Appellant.**

No. 08–10776
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 14, 2009.

Cynthia Judith Hernandez, Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Charles Daniel CRAIG, Defendant–**
**Appellant.**

No. 08–14373
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 14, 2009.

